1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ADAM ASSENBERG, *et al.*,

Plaintiffs,

v.

ANACORTES HOUSING AUTHORITY,

Defendant.

Case No.  C05-1836L

ORDER REFERRING CASE TO
PRO BONO SCREENING PANEL

This matter comes before the Court *sua sponte*.  After reviewing the record in this matter, the Court ORDERS as follows.  Plaintiffs' case is referred to the Screening Committee of this Court's *pro bono* panel.  The Committee shall review the case and make its recommendation to the Court, in accordance with the plan and the rules for the *pro bono* panel.

DATED this 18th day of November, 2005.

*Mnt S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER REFERRING CASE TO
PRO BONO SCREENING PANEL