1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   MICHAEL ADAM ASSENBERG, *et al.*,

9                    Plaintiffs,

10           v.                                  Case No.  C05-1836L

11   ANACORTES HOUSING AUTHORITY,                ORDER VACATING ORDER
                                                 REGARDING INITIAL
12                    Defendant.                 DISCLOSURES

13

14

15       By order dated November 18, 2005, the Court referred this case to the Screening

16   Committee of this Court's *pro bono* panel.  The Court therefore VACATES its Order

17   Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. #10).  The

18   Court will issue a new order regarding initial disclosures after the *pro bono* panel has

19   completed its review.

20

21       DATED this 21st day of November, 2005.

22

23

24                                      _____
                                        Robert S. Lasnik
25                                      United States District Judge

26   ORDER VACATING ORDER
     REGARDING INITIAL DISCLOSURES